# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN DEWAYNE HIGH,
Appellant,
vs.
CITY OF LAS VEGAS,
Respondent.

No. 71232

# FILED

JUN 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a petition for a writ of prohibition. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

In his petition, appellant purported to challenge the municipal court's jurisdiction over his offenses. However, appellant's arguments did not implicate the jurisdiction of the municipal court. See NRS 5.050(2). We have reviewed the documents on file with this court and conclude that the district court did not abuse its discretion by denying his petition.[1] See NRS 34.320; NRS 34.330. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]This appeal has been submitted for decision on the record without briefing or oral argument. NRAP 34(f)(3), (g); see also NRAP 31(d)(1); Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

17-19906

cc: Hon. Kathleen E. Delaney, District Judge
Juan Dewayne High
Las Vegas City Attorney/Criminal Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A